Andrew ARvayo T899136
Name and Prisoner/Booking Number

4ᵗʰ Ave Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☑
RECEIVED ___
LODGED ___
COPY ___

MAY 2 2 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Andrew Marcus ARvayo
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Maricopa County Sheriffs Office
(Full Name of Defendant)

(2)_____

(3)_____

(4)_____

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV23-00895-PHX-JJT--JFM**

(To be supplied by the Clerk)

## CIVIL RIGHTS COMPLAINT
## BY A PRISONER

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: 4ᵗʰ Avenue Jail

3.

Revised 12/1/20

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: Sheriffs Office _____ The first Defendant is employed
as: Maricopa County _____ at 4th Avenue jail _____.
     _____(Position and Title)_____      ____(Institution)____

2.  Name of second Defendant:_____. The second Defendant is employed as:
as:_____ at _____.
     _____(Position and Title)_____      ____(Institution)____

3.  Name of third Defendant:_____.  The third Defendant is employed
as:_____ at _____.
     _____(Position and Title)_____      ____(Institution)____

4.  Name of fourth Defendant:_____.  The fourth Defendant is employed
as:_____ at _____.
     _____(Position and Title)_____      ____(Institution)____

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?     ☐ Yes      ☒ No

2.  If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

   a.  First prior lawsuit:
       1.  Parties:_____ v. _____
       2.  Court and case number:_____.
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   b.  Second prior lawsuit:
       1.  Parties:_____ v. _____
       2.  Court and case number:_____.
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

   c.  Third prior lawsuit:
       1.  Parties:_____ v. _____
       2.  Court and case number:_____.
       3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _14 Amendment_
   _Cruel and Unusual Punishment_

2. **Count I.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.

   ☑ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer     ☐ Threat to safety     ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3-10-23 MCSO unexpectedly shut off the water at 4th Avenue jail "due to maintence"

   This was done without proper notification or awareness brought to inmates in custody at 4th Avenue jail

   Through grievance procedure of incident staff takes about 2 months to respond & staff includes a lie about incident to attempt to resolve grievance

   Note: staff lies of proper message sent out to warn inmates & staff, & they include lie of providing water "cambios" throughout facility. Video & audio & tablets will support the fact that improper notice was given about shut off facility message system via facilities devices & service lacks any notice copy of grievance shows dates & improper, unbacked response

4. **Injury:** State how you were injured by the actions or inactions of the Defendant(s).
   Locked in a cell without running water and lack of any notice

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☑ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?     ☑ Yes    ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?     ☑ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: 14th Amendment
Cruel and unusual punishment

2.  **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☑ Threat to safety ☐ Other: _____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Without proper notice of water shut off, waste building

up in plumbing facilities in cell occured

Could not flush the waste away nor plunge it

had to be locked in a cell without means of ridding

our waste away

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Humiliation & discomfort being in a cell for a long
period of time with over-filled toilet

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☑ Yes ☐ No
    2.  Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
    3.  Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes   ☐ No
    2.  Did you submit a request for administrative relief on Count III?  ☐ Yes   ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes   ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

### E.  REQUEST FOR RELIEF

State the relief you are seeking: Compensation $100,000,100.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 5-16-23
_____        _____
DATE                                                         SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

## <u>CERTIFICATION</u>

I hereby certify that on this date _____ **May 17, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

____ Hon _____ United States District Court, District of Arizona.

____ Hon _____ United States District Court, District of Arizona.

____ Attorney General, State of Arizona, _____

____ Judge _____ Superior Court, Maricopa County, State of Arizona.

____ County Attorney, Maricopa County, State of Arizona _____

____ Public Defender, Maricopa County, State of Arizona _____

____ Attorney _____

____ Other _____

____ _____

____ _____

_____  **B5642**
Legal Support Specialist Signature       S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009